433 A.2d 103

Commonwealth v. Martin, Appellant.
Petition for Allowance of Appeal Denied Dec. 21, 1981.

Submitted March 21, 1980. William Caprio, III, for appellant; William S. Kieser, District Attorney, for Commonwealth, appellee.

* Judge Vincent A. Cirillo of the Court of Common Pleas of Montgomery County, Pennsylvania, is sitting by designation.

481

Before SPAETH, BROSKY and VAN der VOORT, JJ.

Order affirmed.

SPAETH, J., concurred in the result.